UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| K.V. MCLEOD, | § | |
| | § | |
| Plaintiff, | § | |
| VS. | § | MISCELLANEOUS ACTION NO. C-08-41 |
| | § | |
| JIM ANDERSON, *et al*, | § | |
| | § | |
| Defendants. | § | |

**ORDER ADOPTING MEMORANDUM AND RECOMMENDATION
ADDRESSING PLAINTIFF'S MOTION
TO PROCEED *IN FORMA PAUPERIS*__**

On June 3, 2008, United States Magistrate Judge Brian L. Owsley signed a Memorandum and Recommendation recommending that plaintiff's motion to proceed *in forma pauperis* (D.E. 1) be denied. The Memorandum and Recommendation further recommended that plaintiff's denial of access to the courts claims against Judge Adams, and against unnamed staff at the Aransas County Jail, be retained, and the rest of his claims dismissed; and further, that plaintiff be ordered to pay the civil filing fee in full within thirty (30) days, or face dismissal of the retained claims. A copy of the Memorandum and Recommendation was mailed to plaintiff with a card to be returned indicating his receipt of the mailing. The card has not been returned by plaintiff nor has the mailing been returned by the U.S. Post Office as undeliverable. Therefore, seeing no objection to this recommendation by either party and having now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and Recommendation as the decision of the Court. Accordingly, it is ORDERED as follows:

1) plaintiff's motion to proceed *in forma pauperis* (D.E. 1) is denied;

2) plaintiff's denial of access to the courts claims against Judge Adams, and against unnamed staff at the Aransas County Jail, is retained;

3) the remainder of plaintiff's claims are dismissed; and

4) plaintiff is ordered to pay the civil filing fee in full within thirty (30)days, or face dismissal of the retained claims.

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 7th day of August, 2008.

                                              Janis Graham Jack
                                         United States District Judge